# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ARICA BONNER, et al., } | |
| } | |
| Plaintiffs, } | |
| } | |
| v. } | Case No.: 2:12-CV-2183-RDP |
| } | |
| SANTANDER CONSUMER USA, } | |
| INC., } | |
| } | |
| Defendant. } | |

## ORDER TRANSFERRING CASE

Before the court is Defendant's Motion to Dismiss, Transfer, or Stay, or Alternatively, Motion for Judgment on the Pleadings (Doc. #32), filed on November 1, 2012.

Plaintiffs have advised the court that they consent to a transfer of this case to the Northern District of Illinois, where two other cases involving similar claims and putative classes are pending against Defendant. Defendant has advised the court that once the case is transferred, it will seek to consolidate this case with one or both of the actions in the Northern District of Illinois.

The court has reviewed Defendant's motion, together with Plaintiffs' consent to the transfer, and concludes that the motion is well-taken and should be **GRANTED**. The court hereby **TRANSFERS** this action to the United States District Court for the Northern District of Illinois.

**DONE** and **ORDERED** this ___5th___ day of November, 2012.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE